UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

Suman Krishna Korrapati,

  Plaintiff,

v.

United States of America (Department of the Treasury, Internal Revenue Service),

  Defendant.

Case No. _____

## COMPLAINT TO QUIET TITLE AND REMOVE FEDERAL TAX LIENS

NOW COMES the Plaintiff, Suman Krishna Korrapati, pro se, and for his Complaint against the United States of America, by and through the Department of the Treasury, Internal Revenue Service ("IRS"), states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 2410 and 28 U.S.C. § 1331, as this action seeks to quiet title against the United States concerning federal tax liens.
2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as the properties at issue are located in Penobscot County, Maine.

### PARTIES

3. Plaintiff, Suman Krishna Korrapati, is the owner of real properties located at:
  a. 6 Main Street, Howland, Maine; and
  b. 773 Lower Detroit Road, Plymouth, Maine.
4. Defendant is the United States of America, acting by and through its agency, the Internal Revenue Service.

### FACTS

5. The IRS recorded federal tax liens against Plaintiff's properties identified above.
6. These liens purport to secure alleged tax debts of Arthur Reardon and Jillayne Reardon, Debtors in Bankruptcy Case No. 24-10090 (Bankr. D. Me.).
7. Plaintiff is not personally liable for any tax obligations of Arthur or Jillayne Reardon.
8. The liens are improper, invalid, and unenforceable as against Plaintiff's properties.
9. The liens impair Plaintiff's ability to convey marketable title. A signed purchase-and-sale agreement exists for the Howland property with closing scheduled for August 29, 2025, which is jeopardized by the cloud on title.

### CAUSE OF ACTION (Quiet Title under 28 U.S.C. § 2410)

10. Plaintiff seeks to quiet title against the IRS liens because they improperly encumber Plaintiff's properties without a valid legal basis.
11. The liens are invalid as applied to Plaintiff's ownership and should be declared null and void.

### RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Declare the IRS liens void and of no effect against Plaintiff's properties at 6 Main Street, Howland, Maine, and 773 Lower Detroit Road, Plymouth, Maine;
b. Quiet title to said properties in favor of Plaintiff, free and clear of IRS liens;
c. Award such other and further relief as the Court deems just and proper.

Dated: September 08, 2025

Respectfully submitted,

Suman Krishna Korrapati, Pro Se

P.O. Box 52

Detroit, ME 04929

(207) 745-7406

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Complaint to Quiet Title and Remove Federal Tax Liens to be served via the United States Postal Service upon the following:

United States Attorney's Office
District of Maine
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

Internal Revenue Service, Office of Chief Counsel
10 Causeway Street, Room 401
Boston, MA 02222

Dated: September 08, 2025

*k. Suman krishna*
Suman Krishna Korrapati