OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Eric M. Storms, Acting Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

September 15, 2025

SUMAN KRISHNA KORRAPATI
PO BOX 52
DETROIT, ME 04929

RE:   KORRAPATI v. UNITED STATES OF AMERICA DEPARTMENT OF TREASURY
      INTERNAL REVENUE SERVICE
      1:25-cv-00459-JAW

Dear Mr. Korrapati:

    The Court is in receipt of your complaint and filing fee submitted on September 12, 2025. Enclosed please find "Guidance Concerning Service of Process" which can be found on the Courts website at www.med.uscourts.gov under the tab "Representing Yourself".

    Please also refer to Rule 4 of the Federal Rules of Civil Procedure regarding service.

    Sincerely,

    ERIC M. STORMS, ACTING CLERK


    By: /s/ Joanne McCue
        Deputy Clerk

Enc.