OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
156 FEDERAL STREET
PORTLAND, MAINE 04101

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES

ZIP 04101
02 7H
0001292498    $ 000.74⁰
SEP 12 2025

SUMAN KRISHNA KORRAPATI
PO BOX 52
DETROIT, ME 04929

USMS ME

NIXIE    015    FE 1    0009/24/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 04101415299    *1569-02751-24-23