# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **SUMAN KRISHNA KORRAPATI,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:25-cv-00459-JAW |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **DEPARTMENT OF TREASURY** | ) | |
| **INTERNAL REVENUE SERVICE,** | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

Jeremy W. Dean hereby enters his appearance as attorney of record for Suman Krishna Korrapati, Plaintiff in the above-captioned action.

Dated: 10/31/2025

/S/ Jeremy W. Dean
Jeremy W. Dean
Attorney for Plaintiff
Maine Bar No. 5964
P.O. Box 4391
Portland, Maine 04101
207-805-2088
jwdean@jwdlegal.com