UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SUMAN KRISHNA KORRAPATI            )
                                   )
v.                                 )   CIVIL NO.  1:25-cv-00459-JAW
                                   )
UNITED STATES OF AMERICA           )
 DEPARTMENT OF TREASURY            )
 INTERNAL REVENUE SERVICE          )

## ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than April 14, 2026 why such service was not timely made, failing which the complaint shall be dismissed.

John A. Woodcock, Jr.
United States District Judge


By:  /s/ Joanne McCue
       Deputy Clerk

Dated this 31st day of March, 2026.