**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| **SUMAN KRISHNA KORRAPATI,**<br>**Plaintiff**<br><br>**v.**<br><br>**UNITED STATES**<br>**DEPARTMENT OF TREASURY**<br>**INTERNAL REVENUE SERVICE,**<br>**Defendant**<br><br>**v.**<br><br>**SUMAN KRISHNA KORRAPATI,**<br>**ARTHUR M. REARDON,**<br>**JOHN V. BIRMINGHAM,**<br>**PAGAN E. BIRMINGHAM,**<br>**ROOF SYSTEMS OF MAINE,**<br>**A TECTA AMERICA COMPANY LLC,**<br>**IRELAND'S RUBBISH SERVICE, INC.,**<br>**STATE OF MAINE REVENUE SERVICES,**<br>**& TOWN OF HOWLAND,**<br>**Counterclaim Defendants** | ) | **1:25-cv-00459-JAW** |

**PLAINTIFF'S ANSWER TO DEFENDANT'S**

NOW COMES Plaintiff Suman Krishna Korrapati, by and through undersigned counsel, and hereby answers Defendant's counterclaim as follows:[1]

1. Paragraph 12 is admitted.
2. Paragraph 13 is denied. Plaintiff is the sole owner of the subject property.
3. Paragraph 14 is denied.
4. Paragraph 15 is admitted.
5. Paragraph 16 is admitted.

---

[1] For ease of reference, this Answer will continue to refer to Plaintiff as Plaintiff and Defendant as Defendant , rather than employing the terms counterclaim plaintiff and counterclaim defendant. All paragraph references are to Defendant's counterclaim against Plaintiff.

6. Plaintiff is without sufficient information to admit or deny the allegations contained in Paragraph 17.

7. Paragraph 18 is denied.

8. Paragraph 19 is denied.

9. Paragraph 20 is admitted.

10. Plaintiff is without sufficient information to admit or deny the allegations contained in Paragraph 21.

11. Plaintiff is without sufficient information to admit or deny the allegations contained in Paragraph 22.

12. Paragraph 23 is denied.

13. Plaintiff is without sufficient information to admit or deny the allegations contained in Paragraph 24 regarding the Reardons' filing in Bankruptcy Court. The other facts and conclusions of Paragraph 24 are denied..

14. Paragraph 25 is admitted.

15. Paragraph 26 is admitted.

16. Paragraph 27 is denied.

17. Paragraph 28 is denied.

18. Paragraph 29 is denied.

19. Paragraph 30 is denied.

20. Plaintiff is without sufficient information to admit or deny the allegations contained in Paragraph 31.

21. Paragraph 32 is denied.

22. Paragraph 33 is denied.

## AFFIRMATIVE DEFENSES

Without conceding or implying that they bear any burden with respect thereto, Plaintiff raises the following issues and affirmative defenses:

23. The counterclaim fails to state a claim upon which relief can be granted to Defendant.

24. Defendant's counterclaim is subject to reduction and offset because Defendant has recovered some of its alleged losses.

25. Defendant has failed to mitigate its damages, and its claims are therefore subject to reduction.

26. Defendant is seeking to unjustly enrich itself through recovery in this lawsuit.

27. Defendant has unclean hands and has engaged in wrongful conduct that should result in its being estopped from arguing the same against Plaintiff.

**WHEREFORE,** Plaintiff respectfully requests that the Court deny Defendant's counterclaim, grant judgment in his favor, and award Plaintiff his costs, including reasonable attorney's fees.

DATED: 09/16/2026

*/S/ Jeremy W. Dean*

Jeremy W. Dean
Attorney at Law
Maine Bar No. 5964
P.O. Box 4391
Portland, Maine 04101
207-805-2088
jwdean@jwdlegal.com