UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| Suman Krishna Korrapati,<br><br>*Plaintiff*,<br><br>v.<br><br>United States of America,<br><br>*Defendant and Counterclaim Plaintiff*,<br><br>v.<br><br>Suman Krishna Korrapati,<br>Arthur M. Reardon,<br>John V. Birmingham,<br>Pagan E. Birmingham,<br>Roof Systems of Maine,<br>A Tecta America Company LLC,<br>Ireland's Rubbish Service, Inc.,<br>Town of Howland,<br>and<br>Maine Revenue Services,<br><br>*Counterclaim Defendants.* | ) | No.: 1:25-cv-00459-JAW |

**DECLARATION IN SUPPORT OF PRIORITY POSITION OF STATE OF MAINE, MAINE REVENUE SERVICES**

I, Sara M. Stratton, pursuant to the provisions of 28 U.S.C. § 1746, declare, under the pains and penalties of perjury, that the below is true and correct:

(1) I am employed by Maine Revenue Services of the State of Maine, 51 Commerce Drive, Augusta, Maine, in the capacity of Tax Section Manager and have been so employed since August 28, 2006. In this capacity I am responsible, in part, for determining the status of Outstanding tax liens which have been filed in county registries of deeds within the State of Maine.

(2) It is the regular practice of Maine Revenue Services to file tax liens with county registries of deeds after tax assessments become final and after demands for payment from delinquent taxpayers have been unsuccessful. Original copies of the tax liens are returned to Maine Revenue Services after the registry offices have recorded the liens. Tax liens are discharged upon full payment of delinquent tax liabilities. Partial payments of delinquent taxes are recorded in individual tax files maintained by Maine Revenue Services.

(3) It is the regular practice of Maine Revenue Services to calculate the amount of total outstanding liabilities subject to current liens to document the interest of Maine Revenue Services in properties subject to foreclosure actions.

(4) In the course of my duties, I determined the outstanding current tax liens against the defendant(s) in the above action and the current tax liabilities, including penalties and interest, which were the subject to the lien(s). The following summarizes the outstanding liens and current tax liabilities of the defendant(s), based on the defendant(s) current tax file:

(5) On or about July 05, 2023, Maine Revenue Services assessed a tax in the amount of $10,003.00 against Arthur M. & Jillayne Reardon for tax year 2022. Pursuant to 36 M.R.S. §175-A(1-A), a lien in favor of Maine Revenue Services arose at the time the assessment was made and constitutes a lien upon all property, whether real or personal, owned by the person(s) liable for the assessment at the time the lien arises or acquired by that person(s) in the period after the lien arises until the expiration of the lien. After giving credit for all payments since the filing of this lien, there is presently due and owing the State of Maine, Maine Revenue Services, the sum of $1,419.28 for tax year 2022. This amount includes additional interest through December 01, 2026.

(6) On or about July 03, 2024, Maine Revenue Services assessed a tax in the amount of $12,874.00 against Arthur M. Reardon & Jillayne R. Reardon for tax year 2023. Pursuant to 36 M.R.S. §175-A(1-A), a lien in favor of Maine Revenue Services arose at the time the assessment was made and constitutes a lien upon all property, whether real or personal, owned by the person(s) liable for the assessment at the time the lien arises or acquired by that person(s) in the period after the lien arises until the expiration of the lien. After giving credit for all payments since the filing of this lien, there is presently due and owing the State of Maine, Maine Revenue Services, the sum of $18,934.13 for tax year 2023. This amount includes additional interest through December 01, 2026.

(7) On or about May 02, 2025, Maine Revenue Services assessed a tax in the amount of $5,945.00 against Arthur M. Reardon & Jillayne R. Reardon for tax year 2024. Pursuant to 36 M.R.S. §175-A(1-A), a lien in favor of Maine Revenue Services arose at the time the assessment was made and constitutes a lien upon all property, whether real or personal, owned by the person(s) liable for the assessment at the time the lien arises or acquired by that person(s) in the period after the lien arises until the expiration of the lien. After giving credit for all payments since the filing of this lien, there is presently due and owing the State of Maine, Maine Revenue Services, the sum of $10,133.75 for tax year 2024. This amount includes additional interest through December 01, 2026.

(8) Maine Revenue Services recorded a Notice of State Tax Lien on September 29, 2025, in Book 17643, Page 063, of the Penobscot County Registry of Deeds against all real property, fixtures, and crops owned or subsequently acquired by the defendant in the original amount of $35,830.00. The filing of this Notice of State Tax Lien by Maine Revenue Services constitutes notice of lien for, and secures payment of, both the original assessment(s) and all

subsequent assessments of tax against the same person, until such time as the lien is released or otherwise discharged.

(9) On or about July 21, 2025, Maine Revenue Services assessed a tax in the amount of $1,385.00 against Arthur M. Reardon for quarterly Withholding tax periods July 01, 2024, through December 31, 2024. Pursuant to 36 M.R.S §175-A(1-A), a lien in favor of Maine Revenue Services arose at the time the assessment was made and constitutes a lien upon all property, whether real or personal, owned by the person liable for the assessment at the time the lien arises or acquired by that person in the period after the lien arises until the expiration of the lien. After giving credit for all payments since the filing of this lien, there is presently due and owing the State of Maine, Maine Revenue Services, the sum of $1,608.00 for quarterly Withholding tax periods July 01, 2024, through December 31, 2024. This amount includes additional interest through December 01, 2026. Notice of this lien is provided to any mortgagee, pledgee, purchaser, judgment creditor and/or holder of a properly recorded security interest in the defendant(s) real property pursuant to the Notice of Tax Lien filed in the Penobscot County Registry of Deeds at Book 17643, Page 063 and described in paragraph 8, *supra*.

(10) In total, after giving credit for all payments since the state tax lien(s) arose, there is presently due and owing to the State of Maine, Maine Revenue Services, the sum of $32,095.16. This amount includes additional interest through December 01, 2026.

Dated: September 30, 2026

*/s/ Sara M. Stratton*
Sara M. Stratton
Tax Section Manager, Compliance Division