UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SUMAN KRISHNA KORRAPATI,

*Plaintiff,*

v.

UNITED STATES OF AMERICA,

*Defendant and Counterclaim Plaintiff*

v.

SUMAN KRISHNA KORRAPATI,
ARTHUR M. REARDON,
JOHN V. BIRMINGHAM,
PAGAN E. BIRMINGHAM,
ROOF SYSTEMS OF MAINE, A TECTA AMERICA COMPANY LLC,
IRELAND'S RUBBISH SERVICE, INC.,
STATE OF MAINE REVENUE SERVICES, and TOWN OF HOWLAND

*Counterclaim Defendants.*

No. 1:25-cv-00459-JAW

**STIPULATION AND PROPOSED ORDER**
**RE: TOWN OF HOWLAND, MAINE, PROPERTY TAXES**

The Counterclaim Plaintiff United States of America and the Counterclaim Defendant Town of Howland, Maine ("the Town"), hereby stipulate and agree as follows with regard to the United States' Counterclaim in the above-referenced case that seeks to enforce federal tax liens against the real property located at 6 Main Street, Howland, Maine 04448 (the "Main Street Property").

1. In the event that the United States prevails on its Counterclaim and the Court orders that federal tax liens shall be enforced through a judicial sale of the Main Street Property, then the United States will provide the Town with advance notice of any such sale and will

request that the Court order the proceeds of any such sale to be distributed first to pay the costs of the sale and any real property taxes and charges of utilities furnished that are due and owing with regard to the Main Street Property and that are entitled to priority over the federal tax liens pursuant to 26 U.S.C. § 6323(b)(6), with the remainder of the sale proceeds to be distributed to the parties to this action in accordance with their lawful priorities.

2. The parties to this stipulation jointly request that the Town not be required to participate actively in this action and be excused from all future hearings and conferences unless specifically required to attend by the Court.

3. Notwithstanding ¶ 2, above, the parties to this stipulation agree that the Town shall remain a party to this action and subject to discovery obligations, including the obligation to respond to any properly served discovery requests.

AGREED:

UNITED STATES OF AMERICA,
Counterclaim Plaintiff

By: /s/ Edward J. Murphy
Edward J. Murphy
U.S. Department of Justice
Civil Division, Tax Litigation Branch
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-6064
Fax: (202) 514-5238
Email: Edward.J.Murphy@usdoj.gov

TOWN OF HOWLAND, MAINE
Counterclaim Defendant

By: /s/ Timothy C. Woodcock
Timothy C. Woodcock
Katahdin Law
P.O. Box 895
Bangor, ME 04402-0895
Telephone: (207) 385-2010
Email: twoodcock@katahdin-law.com

IT IS SO ORDERED.

Dated: ____________________________ ________________________________________